IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ARBIA R. WHIDBY, | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-61(LAG) |
| | * |
| WORTH COUNTY BOARD OF COMMISSIONERS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 7, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of October, 2022.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk